# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MIGUEL NAVARRETE, JR.,

                Defendant.

Case No. 21-CR-73-JPS

**ORDER**

---

On April 6, 2021, the grand jury returned a single-count indictment charging Defendant with being a felon in possession of a firearm in violation of 18 U.S.C. §§ 924(a)(2), 922(g)(1). (Docket #1). On July 14, 2021, the parties entered into a plea agreement as to Count One of the Indictment. (Docket #8).

The parties appeared before Magistrate Judge Stephen C. Dries on August 26, 2021 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #12). Defendant entered a plea of guilty as to Count One of the Indictment. (Docket #13). After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offense. (*Id.*)

Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be

adjudicated guilty and have a sentence imposed accordingly. (*Id.*) Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries' Report and Recommendation (Docket #13) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 28th day of September, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge