CAFFERTY & SCHEIDEGGER, S.C.
840 Lake Avenue, Suite 300
Racine, WI 53403
Phone: (262) 632-5000
Facsimile: (262) 632-5686

November 17, 2021

Honorable J.P. Stadtmueller
United States District Judge
United States District Court
517 E. Wisconsin Avenue
Milwaukee, WI 53202

                                              RE:    USA v. Miguel Navarrete
                                                          Case No. 21-CR-73

Dear Judge Stadtmueller:

      In anticipation of Miguel Navarrete's sentencing on November 19, 2021, defense counsel submits this sentencing letter. For the reasons set forth below, defense counsel is requesting a total sentence of thirty months.

      While the sentencing guidelines call for a sentence in the range of seventy-seven to ninety-six months, defense counsel is recommending a non-guideline sentence in light of several mitigating factors. First, this sentence would impose sufficient punishment, but also recognizes that Mr. Navarrete's actions were non-violent. Additionally, this recommendation takes into consideration that Mr. Navarrete's impending incarceration will take him away from his young son and will result in the loss of his employment.

      Mr. Navarrete comes from a good, hard-working family, and he is embarrassed and ashamed by the choices he made in the present offense. Mr. Navarrete has one child, age 9 with whom he has limited contact. In recent months, Mr. Navarrete has worked hard to arrange regular visitation with his son despite his strained relationship with his son's mother. Mr. Navarrete is disappointed in his actions in the present offense as it will be difficult for him to support his child financially while he is incarcerated. While in the community, Mr. Navarrete has consistently supported his son financially, and has no outstanding child support obligation.

Mr. Navarrete has a strong employment history and an earnest desire to obtain employment following his incarceration. Mr. Navarrete has work history as a machine operator which he plans on resuming upon release.

In hindsight, Mr. Navarrete recognizes how his actions have caused irreparable harm to his family. Mr. Navarrete spent much of his young adulthood incarcerated for substance related offenses. Mr. Navarrete's probation agent in his state case has indicated that at present he is doing well and has adjusted appropriately to supervision. Mr. Navarrete has worked with his agent towards obtaining new employment skills, additional education and obtaining a stable custody arrangement with his son.

At twenty-eight years of age, Mr. Navarrete recognizes all that he has lost over the years due to his poor choices and criminal behavior. Mr. Navarrete wishes to make the necessary changes to his life to avoid being incarcerated again.

For the above reasons, the proposed sentences strike an appropriate balance between the seriousness of the offenses, and the mitigating factors related to the offense. Additionally, Mr. Navarrete requests that the Court make him eligible for the 500 hour RDAP, and that he be placed as close to Racine as possible.

Very truly yours,


Electronically Signed by Patrick K. Cafferty


PKC/sam